JOHN C. KIRKE #175055
jkirke@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:  (510) 451-3300
Facsimile:   (510) 451-1527

Attorneys for Defendant
Mankas Partners, LLC

RICHARD MORIN, #285275
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Telephone:  (949) 996-3094

Attorneys for Plaintiff
David Robinson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| David Robinson, | Case No. 2:24-cv-02313-TLN-AC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| Mankas Partners, LLC, | |
| Defendant. | |

On or about August 29, 2024, Plaintiff David Robinson served the Summons and Complaint on Defendant Mankas Partners, LLC. Accordingly, Defendant's response to the Complaint was due September 19, 2024.

Pursuant to Civil Local Rule 144(a), Plaintiff and Defendant (the "undersigned parties"), through their counsel, stipulated to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint, and that Defendant's deadline to file a responsive pleading was October 11, 2024.

In the interest of allowing the parties to this action to engage in settlement discussion prior to Defendant's filing of a responsive pleading, Plaintiff and Defendant (the "undersigned parties"), through their counsel and subject to this Court's approval, stipulate to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint, and that Defendant's deadline to file a responsive pleading is October 26, 2024.

**IT IS SO STIPULATED.**

Dated: October 11, 2024                DONAHUE FITZGERALD LLP


                                       By: /s/ *John C. Kirke*
                                              John C. Kirke

Dated: October 11, 2024                LAW OFFICE OF RICK MORIN, PC


                                       By: */s/ Richard Morin*
                                              Richard Morin


## **ATTESTATION**

Pursuant to Civil Local Rule 131(c), I hereby attest that I have obtained the concurrence of the other signatory in the filing of this Stipulation

Dated: October 11, 2024                By: */s/ John C. Kirke*
                                              John C. Kirke

STIPULATION AND ORDER TO
EXTEND TIME TO RESPOND TO COMPLAINT        -2-

Case No. 2:24-cv-02313-TLN-AC

**ORDER**

Having reviewed the STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, and good cause appearing, The Court **GRANTS** the parties' stipulation and enters its order extending the time for Defendant to answer or otherwise respond to Plaintiff's Complaint from October 11, 2024 to October 26, 2024.

**IT IS SO ORDERED**

Dated: October 15, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE